# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Sumaya Hussein

       Plaintiff,

v.              Case No.: 1:23–cv–16933
              Honorable John J. Tharp Jr.

Fossil Group, Inc.

       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 26, 2024:

  MINUTE entry before the Honorable John J. Tharp, Jr:Upon receipt of the plaintiff's notice of voluntary dismissal [11] and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this matter is concluded. All deadlines are stricken, and any pending motions are denied as moot. Civil Case Terminated. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.